# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. 1:06-M-108M***

*To:* ***U.S. ICE***
***SIEA AT SUFFOLK***

OCT 25 2006

US MA...
RHO...

YOU ARE HEREBY COMMANDED, to have the **body** of **CARLOS ALBERTO DA VEIGA**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the **27th** day of **October, 2006,** then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c... and return that I did ... before the court ... named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: October 25, 2006.

David A. DiMarzio, Clerk

**By** ***Martha Saucier - Deputy Clerk***

Initial Appearance