**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:06-M-108M** |
| | ) | |
| **CARLOS ALBERTO DA VEIGA** | ) | |

---

**MOTION TO RECONSIDER BAIL**

Now comes the accused, Carlos Alberto DaVeiga, and moves this Honorable Court to reconsider its decision to detain Mr. DaVeiga and to grant his pre-trial release on appropriate conditions of bail.

As grounds the accused submits that he stands accused of a crime in U.S. District Court, is legally presumed innocent of that charge, and is entitled to pre-trial release pursuant to 18 U.S.C. 3142 (c). 18 U.S.C. 3142 (c) states that should the court determine that release of the defendant on personal recongizance or unsecured bond is not appropriate, the court *shall* order pretrial release of the defendant subject to the least restrictive further conditions as will assure the appearance of that accused person.

In this case the Court has clearly found that Mr. DaVeiga's release on unsecured bond is not sufficient to assure his appearance at future court proceedings. The Court has further stated that if Mr. DaVeiga has family members who are willing to post a bail bond the court would reconsider its order to detain Mr. DaVeiga.

Mr. DaVeiga respectfully suggests to the Court that in light of the non-violent nature of the accusation, his apparent lack of criminal record, the relatively low apparent "guideline" sentence he faces, and his indigency, the appropriate bail in this matter would be a low amount of cash bail such as $5000. This amount of bail would assure Mr.DaVeiga's future presence while at the same time respecting his presumption of innocence.

**CARLOS ALBERTO DA VEIGA**
By his Attorney,

/s/ Mary S. McElroy
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Lee Vilker, AUSA on the 1st day of November, 2006.

/s/ Mary S. McElroy