FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
vs. ) CR. No. CR 06-139 ML
) In violation of 18 U.S.C. § 371
CARLOS DA-VEIGA )

# INFORMATION

The United States Attorney charges:

From in or about May 2005, through in or about October 2006, in the District of Rhode Island, defendant CARLOS DA-VEIGA did knowingly and willfully conspire and agree with others known and unknown to the United States Attorney to enter into marriages for the purpose of evading any provision of the immigration laws, contrary to 8 U.S.C. § 1325(c).

## OVERT ACT

In furtherance of the conspiracy and to effect its object, the following overt act was committed in the District of Rhode Island:

On or about June 23, 2006, defendant CARLOS DA-VEIGA traveled to the office of the Justice of the Peace in Providence, Rhode Island with two co-conspirators, where the two

co-conspirators entered into a marriage for the purpose of evading a provision of the immigration laws.

In violation of 18 U.S.C. § 371.

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
LEE H. VILKER
Assistant U.S. Attorney

[signature]
LUIS M. MATOS
Criminal Chief

11/16/06
Date