AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
District of Rhode Island
Providence, Rhode Island

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): LEE H. VILKER

**DEFENDANT – U.S. vs.**

CARLOS ALBERTO DA VEIGA

Add

Birt
Dat

**REDACTED**

lien
cable)

Social

IS
1)
2)
3)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ 10/25/2006

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

US Dept. of Homeland Security, Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.
1:06-M-[redacted]
108-M

Place of offense: Rhode Island

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Marriage Fraud -- 18 U.S.C. Section 371

Penalties:
5 Yrs Imprisonment;
$ 250,000 Fine;
5 Yrs Supervised Release; and
$ 100 Special Assessment.

Anticipated Trial Days: 2-3

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)