O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
CARLOS DA-VEIGA,

## WAIVER OF INDICTMENT

CASE NUMBER: CR06-139ML

I, CARLOS DA-VEIGA, the above named defendant, who is accused of

Marriage Fraud, in violation of Title 18, United States Code, Section 371,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on November 21, 2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
Judicial Officer