**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-00139-01-ML** |
| | ) | |
| **CARLOS DAVEIGA** | ) | |

---

**MOTION TO EXPEDITE SENTENCING**

Now comes the defendant Carlos DaVeiga and moves this Honorable Court to advance the scheduled sentencing date in this matter, currently scheduled for March 9, 2007, to the soonest date available.

As grounds for his motion the defendant states that he has been in custody more than three months, since October 23, 2006. The presentence report calculates his guideline level as nine (9) with a criminal history of one (1). This calculation results in a guideline range of four to ten months. As part of the plea agreement in this case the government has agreed to recommend the lowest point of the guideline range applicable to Mr. DaVeiga's case. The anticipated recommended sentence would be four months. On March 9, 2007, the currently scheduled sentencing date, Mr. DaVeiga will have already served more than four months.

For these reasons Mr. DaVeiga seeks the earliest possible sentencing date.

AUSA Lee Vilker indicates that he has no objection to this Motion.

Respectfully submitted
Carlos DaVeiga
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Lee Vilker, AUSA on the 9th day of February 2007.

/s/ Mary S. McElroy